**(Official Form 1) (10/05)**

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**W.C. Survivor Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Wormser Company** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**36-2336148** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br>**820 W. Jackson Blvd.**<br>**Suite 400**<br>**Chicago, IL**                                ZIP Code **60607** | Street Address of Joint Debtor (No. & Street, City, and State):                                ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                                ZIP Code | Mailing Address of Joint Debtor (if different from street address):                                ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above):   **438 Wormser Drive**<br>**Sharon, TN 38255** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)
  State type of entity:

**Nature of Business** (Check all applicable boxes.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Consumer/Non-Business
- ■ Business

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**                                                                                   THIS SPACE IS FOR COURT USE ONLY
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

(Official Form 1) (10/05)                                                                                                                                **FORM B1**, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **W.C. Survivor Company** |

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.<br><br>**X** _____<br>    Signature of Attorney for Debtor(s)        Date |

| **Exhibit C** | **Certification Concerning Debt Counseling by Individual/Joint Debtor(s)** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No | ☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**W.C. Survivor Company**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney

X **/s/ Christopher L. Rexroat**
Signature of Attorney for Debtor(s)

**Christopher L. Rexroat 6274402**
Printed Name of Attorney for Debtor(s)

**Ungaretti & Harris LLP**
Firm Name

**3500 Three First National Plaza**
**Chicago, IL 60602**

_____
Address

**312-977-4400  Fax: 312-977-4405**
Telephone Number

**July 14, 2006**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Fran Wroble**
Signature of Authorized Individual

**Fran Wroble**
Printed Name of Authorized Individual

**Officer**
Title of Authorized Individual

**July 14, 2006**
Date

# United States Bankruptcy Court
## Northern District of Illinois

In re  **W.C. Survivor Company**  
Debtor(s)

Case No.  
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **July 14, 2006**

**/s/ Fran Wroble**  
**Fran Wroble**/**Officer**  
Signer/Title

```
820 West Jackson, LLC
PO Box 1026
Bedford Park, IL 60499


Access One
6842 Eagle Way
Chicago, IL 60678


ADT Security Services, Inc.
PO Box 371967
Pittsburgh, PA 15250-7967


American Express Travel Related Svc
PO Box 360001
Ft. Lauderdale, FL 33336


ASTM International
100 Barr Harbor
PO Box C700
Conshohocken, PA 19428-2959


Avery Dennison Ticketing
5583 Collection Center Drive
Chicago, IL 60693


Baker, Randy
c/o John G. Simon, Esq.
701 Market St., Ste. 1450
Saint Louis, MO 63101


Beanstalk Group Inc., The
28 East 28th Street
Attn: Barbara Schwartz
New York, NY 10016


Bradford City Recorder
P.O. Box 87
Bradford, TN 38316


Buzz-Line, The
3915 W. Oakton Street
Skokie, IL 60076
```

```
Canon Business Solutions
Dept. 77-6024
Chicago, IL 60678-6024


Canon Financial Services
PO Box 4004
Carol Stream, IL 60197-4004


Caplan, Gary Inc.
4400 Coldwater Canyon Ave.
Suite 235
Studio City, CA 91604


Cho, Imbum
1459 N. Milwaukee, #3
Chicago, IL 60622


Cirincione, Chad
3810 Sun Valley
Houston, TX 77025


City Fashion Express, Inc.
2016 E. University Drive
Dominguez Hills, CA 90220


City Garment Carriers, Inc.
2000 E. University Drive
Dominguez Hills, CA 90220


CT Corporation
208 S. LaSalle St. - Team 1
Suite 814
Chicago, IL 60604


Daniels, Shelby
312 Falcon
Greenfield, TN 38230


DC Comics
1700 Broadway
New York, NY 10019


Dyer Fabrics, Inc.
1315 East Phillips St.
Dyersburg, TN 38025
```

```
Earnshaw's Review
Symphony Publishing NY, LLC
PO Box 845505
Boston, MA 02284-5505


Espersen, Buffy
4638 N. Campbell Ave., #1
Chicago, IL 60625


Fardone, Jenna
525 W. Oakdale, Apt. 305
Chicago, IL 60657


Federal Express
PO Box 94515
Palatine, IL 60094-4515


Fineline Technologies
PO Box 921933
Norcross, GA 30010-1933


FMI International LLC
800 Federal Blvd.
Carteret, NJ 07008


Freeborn & Peters LLP
311 S. Wacker Dr.
Suite 3000
Chicago, IL 60606-6677


Frontier
PO Box 20540
Attn: Cheryl Regelin
Rochester, NY 14602


Gibson County Trustee
P.O. Box 259
Trenton, TN 38383


Guliker, Karla
677 Vintage Reserve Cricle
Naples, FL 34119
```

Gullane
1133 Broadway
Ste. 1520
New York, NY 10010


GXS
100 Edison Park Drive
Gaithersburg, MD 20878


Hangzhou Harvest Import & Export Co
RM301 Unit 3 Bldg 7, Xuefengyuan
Dongxin Garden, Dongxin Road
Hangzhou, China


Hannebury, Carrie
32970 Wayside Place
Wildwood, IL 60030


Hasbro, Inc.
1027 Newport Ave.
Royalty Accounting Dept, C-197
Pawtucket, RI 02862-1059


Hit Entertainment PLC
830 S. Greenville Ave.
Attn: Joanne McCrary
Allen, TX 75002


Hunton & Williams
200 Park Avenue
New York, NY 10166-0136


Ice Mountain Spring Water
Processing Center
PO Box 52214
Phoenix, AZ 85072-2214


Ikon Office Solutions
Central District
PO Box 802566
Chicago, IL 60680-2566


Illinois Coffee Service
1163 N. Ellsworth
Villa Park, IL 60181-1108

```
Infocrossing
PO Box 15268
Newark, NJ 07192


Insight
PO Box 78825
Phoenix, AZ 85062-8825


Inter-Call
PO Box 281866
Atlanta, GA 30384-1866


International Transport Services
1281 Pier J Avenue
Attn: Susan
Long Beach, CA 90802


J-Up International Co. Ltd.
5FL., #215, Sec. 3
Ho Ping E. Rd.
Taipei, Taiwan, R.O.C.


J.A. King & Company, Inc.
PO Box 21225
Greensboro, NC 27420-1225


JC Manufacturing Inc.
506 Townsend Ave.
High Point, NC 27263


LaSalle Bank N.A.
135 S. LaSalle St.
Chicago, IL 60603


Lectra
PO Box 198501
Atlanta, GA 30384


Licensing Report, The
PO Box 3000
Subscription Dept. V
Denville, NJ 07834
```

Lyons Partnership, L.P.
Attn: Royalty Accounting
PO Box 910867
Dallas, TX 75391-0867


Malina, Nick
1158 Windsong Ct.
Kentwood, MI 49508


Manhatten Group, LLC
430 First Avenue, North
Minneapolis, MN 55401


Marvel Entertainment Group, Inc.
10 E. 40th St.
9th Floor
New York, NY 10016


MCI
Payments Processing Center
PO Box 85080
Richmond, VA 23285-4100


MCI Telecommunications
MCI Dept. CH 10634
Palatine, IL 60055-0634


Merit Tat International, Ltd.
c/o Michael Edward Rediger, Esq.
217 N. Jefferson, Ste. 602
Chicago, IL 60661


MGA Entertainment
16380 Roscoe Blvd.
Van Nuys, CA 91406


MIQ LLC d/b/a Meridian IQ
PO Box 501198
Saint Louis, MO 63150-1198


Montemar Group/Suzhou Gusxin, No. 1
Shanghai Rd., Taicang Economic Dev.
Area Jiangsu, 215400
China, PC 215400

Murarka, Abhi
2901 South King Dr., Apt. 707
Chicago, IL 60607


Nicoles, Eric
13963 Lightburn Lane
Centreville, VA 20121


Orange Clothing Co.
141 NE 3rd Ave.
12th Floor
Miami, FL 33132


Pacific Logistics Corp.
5600 Knott Avenue
Buena Park, CA 90621


Perry, Jason & Julie
1211 Patton Blvd
Moses Lake, WA 98837


Pickens Kane
410 N. Milwaukee Ave.
Chicago, IL 60610


Pitney Bowes
PO Box 856390
Louisville, KY 40285-6390


Primacy (China) Textile Ltd.
c/o Tamari & Blumenthal PC
980 N. Michigan Ave., 14th Floor
Chicago, IL 60611


Quill
PO Box 94081
Palatine, IL 60094-4081


Ragdoll Limited
c/o Ragdoll USA, Inc.
120 Wooster St., 5th Floor
New York, NY 10012

```
RCZ Brands, Inc.
1971 Reliable Pkwy.
Chicago, IL 60636-1971


Recorder
P.O. Box 235
Sharon, TN 38255


Roadway Express, Inc.
PO Box 93151
Chicago, IL 60673-3151


Rokosz, Erna
1184 Griffith Road
Lake Forest, IL 60045


RSM McGladrey, Inc.
20 N. Matingale Rd.
Suite 500
Schaumburg, IL 60173-2420


Scholastic Entertainment, Inc.
Attn: Kate Davis
557 Broadway
New York, NY 10012


Schultz, Nikki
360 S. 5th Avenue
Columbus, NE 68601


SFG International Inc.
Jipfa Bldg., 3rd Floor, Main Street
Road Town Tortola
British Virgin Islands


SGS, Hong Kong Ltd.
5-8/F & 28/F, Metropole Square,
2 On Yiu St., Siu Lek Yuen,
ShaTin,N.T.,Hong Kong


State of CA - Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0511
```

StyleCareers, LLC
4579 Laclede Ave., #172
Saint Louis, MO 63108


Taray International Co.
Flat 7-10, Block A, 21F
New Trade Plaza, No. 6 on Ping St.
Shanin,N.T.,Hong Kong


Twentieth Century Fox
PO Box 900
Attn: Manager, Finance Dept.
Beverly Hills, CA 90213-0900


Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602


United Features Syndicate
PO Box 641865
Cincinnati, OH 45264-1865


United Parcel Service
PO Box 505820
The Lakes, NV 88905-5820


US Bank
Firstart
PO Box 790117
Saint Louis, MO 63179-0017


USF Reddaway, Inc.
PO Box 31001-0890
Pasadena, CA 91110-0890


Warner Bros. Consumer Products
21477 Network Place
Chicago, IL 60673-1214


Weakley County Trustee
Attn: Donald Doster
PO Box 663
Dresden, TN 38225

```
Wroble, Fran
775 Concord Lane
Hoffman Estates, IL 60195


Wynnchurch Capital
2 Conway Park
150 Field Dr., Ste. 165
Lake Forest, IL 60045


Yangzhou Zhongyu Import/Export Co.
4/F,No.148 W. Wenchang Rd.
Yangzhou
Jiangsu, China 225009
```

# United States Bankruptcy Court
### Northern District of Illinois

In re  **W.C. Survivor Company**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **W.C. Survivor Company**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Wormser Acquisition Company
820 W. Jackson Blvd.
Suite 400
Chicago, IL 60607**

☐ None [*Check if applicable*]

| | |
|---|---|
| **July 14, 2006** | **/s/ Christopher L. Rexroat** |
| Date | **Christopher L. Rexroat** |
| | Signature of Attorney or Litigant |
| | Counsel for  **W.C. Survivor Company** |
| | **Ungaretti & Harris LLP**
**3500 Three First National Plaza**
**Chicago, IL 60602**
**312-977-4400 Fax:312-977-4405** |